**92–948.** Ohio Office of Collective Bargaining v. Ohio Civ. Serv. Emp. Assn., Local 11, AFSCME, AFL–CIO. *Franklin County,* No. 91AP–681. On motions for leave to file *amicus* of Ohio Association of Public School Employees, AFSCME, AFL–CIO; Fraternal Order of Police of Ohio, Inc.; and Ohio Public Employees Lawyers Association. Motions granted.

On motion for leave to file appellant's brief instanter. Motion granted.

**92–1028.** Gover v. State. *Hamilton County,* No. C–910314. On motion for leave to file *amicus* of Ohio Attorney General. Motion granted.

**92–1130.** Bresnik v. Beulah Park Ltd. Partnership. *Franklin County,* No. 91AP–1068. On motion for leave to file *amicus* of Thoroughbred Racing Protective Bureaus. Motion granted.

**92–1455.** Dittman–Adams Co. v. Limbach. Board of Tax Appeals, No. 88–G–737. On motion for leave to file appellant's record instanter. Motion granted.

RESNICK, J., not participating.

**92–1791.** State v. Chism. *Mahoning County,* No. 89 C.A. 195. On motion for leave to supplement memorandum and for extension. Motion granted.

**92–1862.** State v. Jones. *Cuyahoga County,* No. 60106. On motion for leave to file memorandum in support instanter. Motion granted.

**92–1943.** State v. Taylor. *Clermont County,* No. CA92–01–005. On motion for leave to file memorandum in support instanter. Motion granted.

**92–1944.** State v. Hurst. *Clermont County,* No. CA91–08–064. On motion for leave to file memorandum in support instanter. Motion granted.

**92–1945.** State v. Behymer. *Clermont County,* No. CA92–01–007. On motion for leave to file memorandum in support instanter. Motion granted.

**92–1984.** Jackson v. Tenth Dist. Court of Appeals. In Mandamus. On motion for summary judgment. Motion denied.

**92–1999.** State v. Jackson. *Hamilton County,* No. C–910298. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT, J., dissents.

**92–2020.** State v. Rivera. *Lake County,* No. 92–L–066. On motion to strike. Motion granted.

MOYER, C.J., dissents.

**92–2038.** State v. Daniels. *Lorain County,* No. 92CA005285. On motion to correct docket. Motion denied.

SWEENEY, HOLMES and DOUGLAS, JJ., dissent.

**92–2086.** Koons v. Univ. of Akron. *Summit County,* No. 15492. On motion to dismiss. Motion denied.

WRIGHT and H. BROWN, JJ., dissent.

On motion for leave to file amended memorandum instanter. Motion granted.

H. BROWN, J., dissents.

**92–2089.** State v. Campbell. *Athens County,* No. 1542. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, J., dissents.

**92–2098.** In re Dismissal of Osborn. *Ashland County,* No. CA–1009. On motion for leave to exceed page limit. Motion granted.

MOYER, C.J., SWEENEY and HOLMES, JJ., dissent.

**92–2147.** State v. Snider. *Van Wert County,* No. 15–92–7. On motion to consolidate with 92–2148, *State v. Snider,* Van Wert County, No. 15–92–8. Motion granted.